Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394
Email:      jeffrey.gerardo@kutakrock.com
Email:      steven.dailey@kutakrock.com

Attorneys for Defendants U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR IN INTEREST TO BANK OF
AMERICA NATIONAL ASSOCIATION, AS
TRUSTEE, SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR STRUCTURED ASSET
INVESTMENT LOAN TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES
2004-BNC2 [erroneously sued as
"BANK OF AMERICA N.A."], WELLS FARGO
BANK, N.A. DBA AMERICA'S SERVICING
COMPANY and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MURILLO, an individual;<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY, a National Association; U.S. BANK NATIONAL ASSOCIATION, a National Association, JP MORGAN CHASE BANK, N.A., a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; | Case No.  12-cv-04507 DDP (JCGx)<br><br>Assigned to:<br>District Judge Dean D. Pregerson<br>Courtroom:  3<br><br>Assigned Discovery:<br>Magistrate Judge Jay C. Gandhi<br><br>**JUDGMENT**<br><br>Date Filed:      May 23, 2012<br><br><br>          CLOSED |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4829-5211-4195.1
14617-677

[PROPOSED] JUDGMENT

1   and DOES 1-10, inclusive,

2            Defendants.

3

4        On March 22, 2013, the Court entered an order granting Defendants U.S.

5   BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN

6   INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS

7   TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL

8   ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT

9   LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-

10  BNC2's, WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING

11  COMPANY's, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

12  INC.'s, [*collectively* "Lender Defendants"] Motion to Dismiss Plaintiff FRANCO

13  MURILLO's First Amended Complaint.

14        Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

15  the above-entitled action be, and hereby is dismissed, with prejudice, as to Lender

16  Defendants and that a Judgment of Dismissal be entered in favor of Lender

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4829-5211-4195.1
14617-677

- 2 -

[PROPOSED] JUDGMENT

1    Defendants and against Plaintiffs.  Based on said judgment, Plaintiffs shall take

2    nothing by way of the First Amended Complaint against Lender Defendants, or any

3    of them.

4         **SO ORDERED:**

5

6    Date: April 18, 2013

7                                    Honorable **Dean D. Pregerson**
                                          **U.S. District Judge**

8    Respectfully submitted:

9    KUTAK ROCK LLP

10   By:   /s/ Steven M. Dailey

11         Jeffrey S. Gerardo
           Steven M. Dailey

12         Attorneys for Defendants
           U.S. BANK NATIONAL ASSOCIATION,

13         AS TRUSTEE, SUCCESSOR IN INTEREST
           TO BANK OF AMERICA NATIONAL

14         ASSOCIATION, AS TRUSTEE, SUCCESSOR
           BY MERGER TO LASALLE BANK NATIONAL

15         ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET INVESTMENT LOAN

16         TRUST MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2004-BNC2,

17         WELLS FARGO BANK, N.A. DBA
           AMERICA'S SERVICING COMPANY and

18         MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

19

20

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4829-5211-4195.1
14617-677

- 3 -

[PROPOSED] JUDGMENT